IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TOMMIE L. CARTER,

        Plaintiff,

JUDGMENT IN A CIVIL CASE

13-cv-742-bbc

v.

JOLINDA J. WATERMAN,

        Defendant.

      This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant dismissing this case with prejudice as a sanction for plaintiff Tommie L. Carter's conduct.

| /s/ | 2/2/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |