In The United States District Court For
the Western District of Wisconsin

Tommie L. Carter

vs.

Sandra M. Ashten et al.,
Defendants.

Case No 14-cv-399-bbc

Tommie L. Carter plaintiff

vs.

Jolinda Waterman,
Defendant

Case No 13-cv-742-bbc

## Notice of Appeal

NOTICE IS hereby given that Tommie L. Carter, plaintiff in the above name cases, hereby appeal to the United States District court of Wisconsin from an order dismissing these cases entered in these actions on February 2, 2016.

Dated this 5th day of February.

Respectfully yours
Tommie L. Carter
CCI
P.O. Box 900
Portage, WI 53901

/

LEGAL 389297